United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DHARMESH PARMAR,
Plaintiff,

v.

SUPER CASSETTES INDUSTRIES, d/b/a T-SERIES
Defendant.

Case No. 25-cv-07196-JD

**ORDER TO SHOW CAUSE**

Pro se Plaintiff Parmar filed this suit in August 2025. Dkt. No. 1. Nearly 15 months later, he has not filed proof of service for defendant T-Series. After Parmar amended his complaint, Dkt. No. 4, the Court directed him to file proof of service by January 12, 2026. Dkt. No. 5. The Court later granted Parmar's request for an extension of time to file proof of service, Dkt. No. 8, and directed that he do so by November 2, 2026. Dkt. No. 9. That deadline has passed, and Parmar has not complied with the Court's order or otherwise explained the service failure in this languishing case.

Consequently, Parmar is directed to show cause by December 4, 2026, why the case should not be dismissed under Federal Rule of Civil Procedure 41(b). Failure to meet this deadline will result in closure of the case.

**IT IS SO ORDERED.**

Dated: November 16, 2026

JAMES DONATO
United States District Judge